IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARIUS NIGEL SAULS, #917032, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:06-CV-2157-K |
| | ) | ECF |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department | ) | |
| of Criminal Justice, Correctional | ) | |
| Institutions Division, | ) | |
| Respondent. | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Petitioner's objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of March, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE